## Commonwealth ex rel. Slempa, Appellant, v. Rundle.

Submitted March 2, 1964.

*Walter Slempa,* appellant, in propria persona; *Pasco L. Schiavo,* Assistant District Attorney, *Robert J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

WATKINS, MONTGOMERY, and FLOOD, JJ., would remand for hearing.